UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TODD LEE KINNAMON,

        Petitioner,          No. C 11-5087 PJH (PR)

   v.         **ORDER OF TRANSFER**

G. GIPSON, Warden,

        Respondent.

        This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a restitution requirement that was part of a sentence imposed by the Superior Court in and for Ventura County. Ventura County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at Corcoran State Prison, which is in the Eastern District.

        Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Ventura County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

        **IT IS SO ORDERED.**

Dated: November 18, 2011.         _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

P:\PRO-SE\PJH\HC.11\KINNAMON5087.TRN.wpd